# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| **Angela Heimdal** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 14-6136-CV-SJ-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed March 23, 2016, [Doc. 31]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Motion For Award Of Attorney's Fees Pursuant To The Equal Access to Justice Act,* filed March 23, 2016, [Doc. 31] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $8,000.00.

                                                     */s/ John T. Maughmer*
                                                          **John T. Maughmer**
                                             **United States Magistrate Judge**